**Alvin R. REED, Plaintiff—Appellant,**

v.

**MCI WORLDCOM NETWORK SERVICES, INCORPORATED, Defendant—Appellee.**

No. 05–2321.

United States Court of Appeals, Fourth Circuit.

Submitted: April 10, 2006.

Decided: April 26, 2006.

Alvin R. Reed, Appellant Pro Se. Robert Allen Sar, John Ellison Branch III, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., Raleigh, North Carolina, for Appellee.

Before NIEMEYER, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Alvin R. Reed appeals the district court's order granting MCI's motion to dismiss his claim of disparate impact based on age, pursuant to the Age Discrimination in Employment Act, 29 U.S.C. §§ 621–634 (2000) (ADEA). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Reed v. MCI Worldcom Network Servs., Inc.*, No. CA–05–517–5 (E.D.N.C. Oct. 17, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*